A CERTIFIED TRUE COPY
ATTEST
By Tarrell Littleton on Apr 02, 2009
FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Mar 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR
SLING PRODUCTS LIABILITY LITIGATION

MDL No. 2004

A CERTIFIED TRUE COPY
ATTEST
By Elizabeth Long on Apr 03, 2009
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On December 3, 2008, the Panel transferred 17 civil actions to the United States District Court for the Middle District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 588 F.Supp.2d 1374 (J.P.M.L. 2008). Since that time, 13 additional actions have been transferred to the Middle District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Clay D. Land.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Georgia and assigned to Judge Land.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Georgia for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Clay D. Land.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR
SLING PRODUCTS LIABILITY LITIGATION                              MDL No. 2004

### SCHEDULE CTO-5 - TAG-ALONG ACTIONS

| **DIST.  DIV.  C.A. #** | **CASE CAPTION** |
|---|---|
| CALIFORNIA CENTRAL | |
| CAC   2   09-1318 | Vicki Bunting, et al. v. Mentor Corp. |
| FLORIDA MIDDLE | |
| FLM   3   09-222 | Denniel Gilliard, et al. v. Mentor Corp. |
| FLORIDA SOUTHERN | |
| FLS   2   09-14068 | Wanda Newman, et al. v. Mentor Corp. |
| MINNESOTA | |
| MN   0   09-503 | Shelley Funk, et al. v. Mentor Corp. |
| NORTH CAROLINA WESTERN | |
| NCW   3   09-94 | Gail Privette, et al. v. Mentor Corp. |
| NEBRASKA | |
| NE   8   09-72 | Tim Nolan, et al. v. Mentor Corp. |
| OHIO NORTHERN | |
| OHN   5   09-445 | Sandra Flood, et al. v. Mentor Corp. |